# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIFESTYLE REAL ESTATE LENDER, LLC** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-4259** |
| | : | |
| **FRED RAPPAPORT, ET AL.** | : | |

## ORDER

This 15$^h$ day of March, 2021, upon review of Plaintiff's Response to the Court's Order to Show Cause, ECF 16, and having concluded that there is no diversity of citizenship, it is hereby **ORDERED** that this action is **DISMISSED** for lack of jurisdiction.

    /s/ Gerald Austin McHugh
United States District Judge